# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **3:15-CR-113** |
| **v.** : | |
| : | **(JUDGE MANNION)** |
| **MARK ACCARDI,** : | |
| **Defendant** : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Accardi's Motion for Compassionate Release because of his medical conditions and the COVID-19 pandemic, **(Doc. 41)**, under §3582(c)(1)(A)(i), is **DENIED ON ITS MERITS**.

2. Insofar as Accardi is challenging any decision by the BOP that he is not eligible for home confinement designation under the CARES Act, his motion is **DISMISSED** since the authority to make this determination lies with the BOP Director and not the court.

3. Accardi's emergency request for a hearing regarding his instant motion is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: October 14, 2020**
15-113-01-ORDER